# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    Crim. No. 5:02-CR-263-3BO

LARRY G SMITH

On December 7, 2007, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,


/s/Michael C. Brittain                                        /s/Linwood E. King
Michael C. Brittain                                           Linwood E. King
Senior U.S. Probation Officer                           U.S. Probation Officer


## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____ , 2010.


Terrence W. Boyle
U.S. District Judge